UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEGGY CALDERON TROTMAN,　　　　　　　　　21-cv-4441 (JGK)

　　　　　　　Plaintiff,　　　　　　　　　ORDER

　　- against -

DELTA AIRLINES, INC.,

　　　　　　　Defendant.

JOHN G. KOELTL, District Judge:

　　The parties should submit a Rule 26(f) Report by _July 27, 2021_.

SO ORDERED.

Dated:　　New York, New York
　　　　　July 14, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge