

**CONNELL FOLEY**
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
650 Seventh Avenue
6th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Michael J. Crowley**
Partner
MCROWLEY@CONNELLFOLEY.COM

February 28, 2022

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

2/28/22   John G. Koeltl, U.S.D.J.

Re:   *Peggy Calderon Trotman v. Delta Air Lines, Inc.*
      Docket No.: 1:21-cv-04441-JGK

Dear Judge Koeltl:

We represent Defendant, Delta Air Lines, Inc. ("Delta"), in connection with the above-referenced matter. We are writing on behalf of both parties to request a 60-day extension of time to complete discovery. This is the first request for an extension of time in this matter.

Currently, the deadline for all expert discovery is April 1, 2022 and the deadline for the filing dispositive motions is April 22, 2022. The parties are currently in the process of exchanging expert reports and scheduling the deposition of Delta. Therefore, the parties respectfully request that the deadline for all discovery be extended to June 1, 2022 and that the deadline to file dispositive motions be extended to June 22, 2022.

We thank Your Honor for consideration of the above.

Respectfully submitted,

Michael J. Crowley